**Order entered May 21, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01118-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### HILARY THOMPSON HUTSON, Appellee

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-02704-2020**

## ORDER

Before the Court is appellant's emergency motion to extend the time to file her brief on the merits. Appellant asserts she needs more time because alleged omissions and inaccuracies in both the clerk's and reporter's records have not been resolved. She states she will be filing a motion in this Court detailing alleged omissions and inaccuracies with the clerk's record, which contentions have been asserted through several filings since March 2021. As to the alleged omissions and

inaccuracies with the reporter's record, appellant states she filed a motion with the trial court and requested a hearing but it has not been set.

The Reporter's Record was filed on January 21, 2021, with challenges asserted on February 9, 2021. In the motion, appellant also complains that the reporter did not provide her with an original of the reporter's record. She asserts she was not given an opportunity to review the original "for inaccuracies and to check the veracity of [the reporter's] writings for what [the reporter] believe[s] [she] heard, prior to certification of said transcript and certainly prior to submission of whatever method [the reporter] utilize[s] for the Court of Appeals." The court reporter was not required to give appellant a copy to review prior to certifying and filing the reporter's record.

In light of the above circumstances, we **GRANT** appellant's motion and extend the time to file her brief on the merits to **June 21, 2021**, but caution appellant that further extensions will be disfavored.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE